DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

NANCY SPURLOCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D23-220

————————————————

March 27, 2024

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Howard L. Dimmig, II, Public Defender, and Simone Lennon, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.